807 A.2d 192

DIANE MANCINI, PLAINTIFF–RESPONDENT, v. TOWNSHIP OF TEANECK, TEANECK POLICE DEPARTMENT, ET AL., DEFENDANTS–PETITIONERS.

September 6, 2002.

Certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration of its judgment in the light of *Shepherd v. Hunterdon Developmental Center,* 174 *N.J.* 1, 803 *A.*2d 611 (2002).

807 A.2d 192

MOUNT OLIVE COMPLEX, ETC., PLAINTIFF–PETITIONER, AND MOUNT OLIVE VILLAGES SEWER COMPANY, INC., ET AL., PLAINTIFFS, v. TOWNSHIP OF MOUNT OLIVE, ETC., ET AL., DEFENDANTS–RESPONDENTS.

September 6, 2002.

Certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Toll Brothers v. Township of West Windsor,* 173 *N.J.* 502, 803 *A.*2d 53 (2002), *Fair Share Housing v. Township of Cherry Hill,* 173 *N.J.* 393, 802 *A.*2d 512 (2002) and *Bi–County Development v. Borough of High Bridge,* 174 *N.J.* 301, 805 *A.*2d 433 (2002).